UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

---

| | |
|---|---|
| LIONEL CHAPMAN<br>37 South Broce Street<br>Laurel, Maryland 20224<br><br>    Plaintiff,<br><br>v.<br><br>OMNI SHOREHAM CORPORATION<br>D/B/A OMNI SHOREHAM HOTEL<br>2500 Calvert Street NW<br>Washington, DC 20008<br><br>    <u>Serve: Resident Agent</u><br>    1090 Vermont Avenue, NW<br>    Washington, DC 20005,<br><br>OMNI HOTELS MANAGEMENT CORPORATION<br>2500 Calvert Street NW<br>Washington, DC 20008<br><br>    <u>Serve: Resident Agent</u><br>    1090 Vermont Avenue, NW<br>    Washington, DC 20005,<br><br>and<br><br>ROLAND B. SHEFFIELD<br>2702 Wade Road, SE<br>Washington, DC 20020 | D.C. Super. Ct.<br>Civil No.: 2008 CA 003359<br><br><br>U.S. District Court Civil<br>No.:_____ |

---

### LOCAL RULE 7.1 DISCLOSURE
### OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS
### <u>OF OMNI HOTELS MANAGEMENT CORPORATION</u>

I, the undersigned, counsel of record for defendant, Omni Hotels Management Corporation, certify that to the best of my knowledge and belief, there are no parent

304592.1

companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that the judges of this Court may determine the need for recusal.

                            Respectfully submitted,

                            **WILSON, ELSER, MOSKOWITZ,**
                            **EDELMAN & DICKER LLP**

By: _/s/ Robert W. Goodson_
                            Robert W. Goodson (Bar #941674)
                            The Colorado Building
                            1341 G Street, N.W., Suite 500
                            Washington, D.C. 20005
                            Tel.: (202) 626-7660
                            Fax: (202) 628-3606
                            *Counsel for Defendant Omni Hotels*
                            *Management Corporation*

Date: June 23, 2008

## Certificate of Service

I hereby certify on this 23rd day of June, 2008, I served by first class mail, postage prepaid the foregoing Corporate Disclosure Statement upon the following:

Clarence Connelly, Jr., Esq.
Law Office of Clarence Connelly
1200 G Street, NW
Suite 800
Washington, D.C. 20005
(202) 445-3831
*Counsel for Plaintiff*

Omni Shoreham Corporation
c/o Corporation Service Company
1090 Vermont Avenue, N.W.
Washington, D.C. 20005

Roland B. Sheffield
2702 Wade Road, SE
Washington, DC 20020

Shielfield R. Brown, Sr.
6312 S Kings Highway
Apartment T3
Alexandria, VA 22306

_____
Robert W. Goodson

304592.1