**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

_____

LIONEL CHAPMAN
37 South Broce Street
Laurel, Maryland 20224

    Plaintiff,

v.

OMNI SHOREHAM CORPORATION
D/B/A OMNI SHOREHAM HOTEL            Civil Action No. 08-cv-1084
2500 Calvert Street NW                          Judge James Robertson
Washington, DC 20008

    Serve: Resident Agent
    1090 Vermont Avenue, NW
    Washington, DC 20005,

OMNI HOTELS MANAGEMENT CORPORATION
2500 Calvert Street NW
Washington, DC 20008

And

ROLAND B. SHEFFIELD
2702 Wade Road, SE
Washington, DC 20020
_____

**CONSENT MOTION FOR CONTINUANCE OF**
**THE INITIAL SCHEDULING CONFERENCE**

COMES NOW, Defendant, Omni Hotels Management Corporation, (hereinafter "Defendant"), by and through counsel, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, and requests that the Initial Scheduling Conference Date of July 8, 2008 be vacated and moved to a later date to be set by the Courtroom Deputy with the assistance of counsel for all parties.  Defendant respectfully refers the Court to its attached Memorandum of

Points and Authorities in Support of its Consent Motion for Continuance of the Initial Scheduling Conference.

                              Respectfully submitted,

                              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


By:    */s/ Robert W. Goodson*
      Robert W. Goodson (Bar # 935239)
      The Colorado Building
      1341 G Street, N.W., Suite 500
      Washington, D.C. 20005
      Tel.: (202) 626-7660
      Fax: (202) 628-3606
      *Counsel for Defendant Omni Hotels Management Corporation*

## Certificate of Service

I hereby certify on this 2nd day of July, 2008, I served by first class mail, postage prepaid the foregoing Consent Motion for Continuance of the Initial Scheduling Conference upon the following:

>Omni Shoreham Corporation
>c/o Corporation Service Company
>1090 Vermont Avenue, N.W.
>Washington, D.C. 20005
>
>Roland B. Sheffield
>2702 Wade Road, SE
>Washington, DC 20020
>
>Shielfield R. Brown, Sr.
>6312 S Kings Highway
>Apartment T3
>Alexandria, VA 22306

In addition, a copy of the foregoing Consent Motion for Continuance of the Initial Scheduling Conference was served electronically on the following:

>Clarence Connelly, Jr., Esq.
>Law Office of Clarence Connelly
>1200 G Street, NW
>Suite 800
>Washington, D.C. 20005
>(202) 445-3831
>*Counsel for Plaintiff*

>    */s/ Robert W. Goodson*
>    Robert W. Goodson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

LIONEL CHAPMAN
37 South Broce Street
Laurel, Maryland 20224

    Plaintiff,

v.

OMNI SHOREHAM CORPORATION
D/B/A OMNI SHOREHAM HOTEL            Civil Action No. 08-cv-1084
2500 Calvert Street NW                        Judge James Robertson
Washington, DC 20008

    Serve: Resident Agent
    1090 Vermont Avenue, NW
    Washington, DC 20005,

OMNI HOTELS MANAGEMENT CORPORATION
2500 Calvert Street NW
Washington, DC 20008

And

ROLAND B. SHEFFIELD
2702 Wade Road, SE
Washington, DC 20020

**MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF THE CONSENT MOTION FOR
CONTINUANCE OF THE INITIAL SCHEDULING CONFERENCE**

COMES NOW, Defendant, Omni Hotels Management Corporation, (hereinafter "Defendant"), by and through counsel, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, and submits this Memorandum of Points and Authorities in support of the Consent Motion for Continuance of the Initial Scheduling Conference and states as follows:

1.	This action was removed by Defendant Omni Hotels Management Corporation to the United States District Court for the District of Columbia on June 23, 2008.

2.	Defendant Omni Hotels Management Corporation filed its Answer on June 30, 2008.

3.	Counsel for the Plaintiff confirmed that as of July 1, 2008, he has not been able to serve all parties to this action.

4.	The current date for the Initial Scheduling Conference of July 8, 2008, does not permit adequate time for the conference of counsel and filing of a joint statement prior to the conference as required by Local Rule 16.3.  Nor does it permit time for parties yet to be served to Answer and participate in the preparation of the LCvR16.3 Statement or the Initial Scheduling Conference.

5.	Counsel for Plaintiff consents to this Motion.  Defendant did not seek the consent of parties who have not yet been served.

WHEREFORE, in consideration of the above points, Defendant Omni Hotels Management Corporation respectfully requests that the Court vacate the July 8, 2008 date for the Initial Scheduling Conference and permit counsel to schedule a mutually convenient date with the Courtroom Deputy.

        Respectfully submitted,

        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:     */s/ Robert W. Goodson*
        Robert W. Goodson (Bar # 935239)
        The Colorado Building
        1341 G Street, N.W., Suite 500
        Washington, D.C. 20005
        Tel.: (202) 626-7660
        Fax: (202) 628-3606
        *Counsel for Defendant Omni Hotels*
        *Management Corporation*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

_____

LIONEL CHAPMAN
37 South Broce Street
Laurel, Maryland 20224

    Plaintiff,

v.

OMNI SHOREHAM CORPORATION
D/B/A OMNI SHOREHAM HOTEL            Civil Action No. 08-cv-1084
2500 Calvert Street NW                          Judge James Robertson
Washington, DC 20008

    Serve: Resident Agent
    1090 Vermont Avenue, NW
    Washington, DC 20005,

OMNI HOTELS MANAGEMENT CORPORATION
2500 Calvert Street NW
Washington, DC 20008

And

ROLAND B. SHEFFIELD
2702 Wade Road, SE
Washington, DC 20020
_____

## ORDER

UPON CONSIDERATION of the Consent Motion for Continuance of the Initial Scheduling Conference, it is this _____ day of July, 2008 by the United States District Court for the District of Columbia:

ORDERED that the Consent Motion for Continuance of the Initial Scheduling Conference BE and is HEREBY GRANTED and it is further

ORDERED that the Initial Scheduling Conference shall be continued to a later available date to be selected by the Courtroom Deputy with the cooperation of counsel.

_____
Judge James Robertson
United States District Judge