IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LIONEL CHAPMAN**     )<br>                                              )<br>     Plaintiff,                        )<br>                                              )<br>v.                                          )<br>                                              )<br>**OMNI HOTELS MANAGEMENT CORP., ET AL.**)<br>                                              )<br>     Defendants.                    )<br>                                              ) | Civil Action No. 1:08-cv-01084-JR |

**NOTICE OF APPEARANCE**

    WOULD THE CLERK OF THE COURT please enter the appearance of Clarence A. Connelly, Jr. on behalf of Plaintiff LIONEL CHAPMAN in this action.

                                               Respectfully submitted,
                                               LIONEL CHAPMAN


                                             By: /s/ Clarence A. Connelly, Jr.
                                                    Counsel


Clarence A. Connelly Jr. (Bar No. 457100)
Law Offices of Clarence A. Connelly
1200 G Street, NW, Suite 800
Washington, DC 20005
Tel:  (202) 434-4517
Fax: (202) 434-8707