UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

---

LIONEL CHAPMAN

    Plaintiff,

v.

OMNI SHOREHAM CORPORATION
D/B/A OMNI SHOREHAM HOTEL          Civil No. 08-cv-1084-JR
                                                     Judge James Robertson

OMNI HOTELS MANAGEMENT CORPORATION

and

ROLAND B. SHEFFIELD,

    Defendants.

---

## LOCAL RULE 7.1 DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS
## OF OMNI SHOREHAM CORPORATION

I, the undersigned, counsel of record for defendant, Omni Shoreham Corporation, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that the judges of this Court may determine the need for recusal.

306254.1

                                  Respectfully submitted,

                                  **WILSON, ELSER, MOSKOWITZ,**
                                  **EDELMAN & DICKER LLP**

By:      */s/ Robert W. Goodson*
               Robert W. Goodson (Bar # 935239)
               The Colorado Building
               1341 G Street, N.W., Suite 500
               Washington, D.C. 20005
               Tel.: (202) 626-7660
               Fax: (202) 628-3606
               *Counsel for Defendant Omni*
               *Shoreham Corporation*

Date:  July 7, 2008

306254.1

## Certificate of Service

I hereby certify on this 7th day of July, 2008, I served by first class mail, postage prepaid the foregoing Corporate Disclosure Statement of Omni Shoreham Corporation upon the following:

>Roland B. Sheffield
>2702 Wade Road, SE
>Washington, DC 20020

In addition, a copy of the foregoing Corporate Disclosure Statement of Defendant Omni Shoreham Corporation was served electronically on the following:

>Clarence Connelly, Jr., Esq.
>Law Office of Clarence Connelly
>1200 G Street, NW
>Suite 800
>Washington, D.C. 20005
>(202) 445-3831
>*Counsel for Plaintiff*

>_____*/s/ Robert W. Goodson*_____
>Robert W. Goodson

306254.1