UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

---

LIONEL CHAPMAN

    Plaintiff,

v.

OMNI SHOREHAM CORPORATION
D/B/A OMNI SHOREHAM HOTEL,       Civil No. 08-cv-1084-JR
    Judge James Robertson

OMNI HOTELS MANAGEMENT CORPORATION,

And

ROLAND B. SHEFFIELD,

    Defendants.

---

## CONSENT NOTICE OF REMAND

COMES NOW, Defendants, Omni Hotels Management Corporation and Omni Shoreham Corporation, (hereinafter "Defendants"), by and through counsel, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, and consent, without prejudice, to the remand requested by Plaintiff in his Motion to Remand filed July 5, 2008. In light of new, previously unknown information provided in Plaintiff's Motion to Remand, Defendants agree not to continue to pursue removal at this time. By consenting, Defendant Omni Hotels Management Corporation does not waive any arguments presented in its Notice of Removal.

306449.2

Plaintiff's counsel has reviewed this Consent Notice of Remand and the parties agree that the case shall be transferred back to the Superior Court for the District of Columbia in its entirety.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By:   ____*/s/ Robert W. Goodson*_____
      Robert W. Goodson (Bar # 935239)
      The Colorado Building
      1341 G Street, N.W., Suite 500
      Washington, D.C. 20005
      Tel.: (202) 626-7660
      Fax: (202) 628-3606
      *Counsel for Defendant Omni Hotels Management Corporation*

## Certificate of Service

I hereby certify on this 11th day of July, 2008, I served by first class mail, postage prepaid the foregoing Consent Notice of Remand upon the following:

> Roland B. Sheffield
> 2702 Wade Road, SE
> Washington, DC 20020

In addition, a copy of the foregoing Consent Notice of Remand was served electronically on the following:

> Clarence Connelly, Jr., Esq.
> Law Office of Clarence Connelly
> 1200 G Street, NW
> Suite 800
> Washington, D.C. 20005
> (202) 445-3831
> *Counsel for Plaintiff*

>             */s/ Robert W. Goodson*
>             Robert W. Goodson

306449.2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

_____

LIONEL CHAPMAN

    Plaintiff,

v.

OMNI SHOREHAM CORPORATION
D/B/A OMNI SHOREHAM HOTEL,         Civil No. 08-cv-1084-JR
                                                           Judge James Robertson

OMNI HOTELS MANAGEMENT CORPORATION,

And

ROLAND B. SHEFFIELD,

    Defendants.

_____

## ORDER

UPON CONSIDERATION of the Consent Notice of Remand, it is this _____ day of July, 2008 by the United States District Court for the District of Columbia:

ORDERED that the action BE and is HEREBY REMANDED to the Superior Court for the District of Columbia.

                                                       _____
                                                       Judge James Robertson
                                                     United States District Judge

**Error! Unknown document property name.**