## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of July 2008, I served a true and accurate copy of the foregoing Plaintiff's Motion for Costs and Attorney's Fees, supporting memorandum and proposed Order by US Mail postage prepaid upon:

Roland B. Sheffield
2702 Wade Road, SE
Washington DC 20020

      /s/ Clarence Connelly, Jr.
CLARENCE CONNELLY, JR. ESQUIRE