**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LIONEL CHAPMAN,         : | |
| :  | |
| Plaintiff,    : | |
| :  | |
| v.          : | Civil Action No. 08-1084 (JR) |
| :  | |
| OMNI SHOREHAM CORPORATION d/b/a : | |
| OMNI SHOREHAM HOTEL, *et al.*,  : | |
| :  | |
| Defendants.    : | |

**ORDER**

Plaintiff moved for $2650 in attorney's fees on account of defendant's assertedly wrongful removal of this now-remanded case. When defendant opposed the motion, plaintiff complained that defendant had reneged on a promise to pay $1000 in attorney's fees. Unless plaintiff's counsel is grossly misrepresenting a prior agreement, it would seem that $1000 is the correct price point for resolution of this dispute. If the parties do not resolve it (and notify the Court of the resolution by praecipe), the Court will hear oral argument on the attorney's fee motion on **8/7/08 at 2:00 p.m.**

JAMES ROBERTSON
United States District Judge