UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

---

LIONEL CHAPMAN

    Plaintiff,

v.

OMNI SHOREHAM CORPORATION
D/B/A OMNI SHOREHAM HOTEL,

OMNI HOTELS MANAGEMENT CORPORATION,

And

ROLAND B. SHEFFIELD,

    Defendants.

                                   Civil No. 08-cv-1084-JR
                                   Judge James Robertson

---

## CONSENT MOTION FOR CONTINUANCE OF
## THE ORAL ARGUMENT ON ATTORNEY'S FEES

COMES NOW, Defendant, Omni Hotels Management Corporation, (hereinafter "Defendant"), by and through counsel, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, and requests that the oral argument on attorney's fees currently set for August 7, 2008, be continued to a later date due to counsel's scheduling conflict. Defendant respectfully refers the Court to its attached Memorandum of Points and Authorities in Support of its Consent Motion for Continuance of the Oral Argument on Attorney's Fees.

309148.1

                Respectfully submitted,

                WILSON, ELSER, MOSKOWITZ,
                EDELMAN & DICKER LLP

By:    */s/ Robert W. Goodson*
                Robert W. Goodson (Bar # 935239)
                The Colorado Building
                1341 G Street, N.W., Suite 500
                Washington, D.C. 20005
                Tel.: (202) 626-7660
                Fax: (202) 628-3606
                *Counsel for Defendant Omni Hotels*
                *Management Corporation*

## Certificate of Service

I hereby certify on this 30th day of July, 2008, I served by first class mail, postage prepaid the foregoing Consent Motion for Continuance of the Oral Argument on Attorney's Fees upon the following:

Roland B. Sheffield
2702 Wade Road, SE
Washington, DC 20020

In addition, a copy of the foregoing Consent Motion for Continuance of the Oral Argument on Attorney's Fees was served electronically on the following:

Clarence Connelly, Jr., Esq.
Law Office of Clarence Connelly
1200 G Street, NW
Suite 800
Washington, D.C. 20005
(202) 445-3831
*Counsel for Plaintiff*

                      */s/ Robert W. Goodson*
                      Robert W. Goodson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

LIONEL CHAPMAN

    Plaintiff,

v.

OMNI SHOREHAM CORPORATION
D/B/A OMNI SHOREHAM HOTEL,          Civil No. 08-cv-1084-JR
                                                                 Judge James Robertson

OMNI HOTELS MANAGEMENT CORPORATION,

And

ROLAND B. SHEFFIELD,

    Defendants.

**MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF THE CONSENT MOTION FOR
CONTINUANCE OF THE ORAL ARGUMENT ON ATTORNEY'S FEES**

COMES NOW, Defendant, Omni Hotels Management Corporation, (hereinafter "Defendant"), by and through counsel, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, and submits this Memorandum of Points and Authorities in support of the Consent Motion for Continuance of the Oral Argument on Attorney's Fees and states as follows:

1.    The Court entered an Order on July 28, 2008 setting oral argument on the issue of attorney's fees for August 7, 2008 at 2:00 p.m.

4

309148.1

2.  Counsel for Defendant is out of town and unavailable from August 4-17, 2008 due to a previously scheduled commitment.

3.  Counsel for Defendant consulted with Plaintiff's counsel regarding available dates for the week beginning August 18, 2008. Both counsel for Plaintiff and Defendant are available in the morning and early afternoon on August 22, 2008.[1] If August 22 is inconvenient for the Court, counsel for both parties are also available on August 18, 2008 from mid-morning to early afternoon. If the Court requires additional dates, counsel would be happy to confer regarding later dates but assumed that the Court would like to resolve these issues as soon as possible.

4.  Counsel for Plaintiff consents to this Motion. Defendant did not seek the consent of parties who have not yet been served.

WHEREFORE, in consideration of the above points, Defendant Omni Hotels Management Corporation respectfully requests that the Court continue the August 7, 2008 date for the oral argument on attorney's fees to a later date when all counsel may appear.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By:    */s/ Robert W. Goodson*
Robert W. Goodson (Bar # 935239)
The Colorado Building
1341 G Street, N.W., Suite 500
Washington, D.C. 20005
Tel.: (202) 626-7660
Fax: (202) 628-3606
*Counsel for Defendant Omni Hotels Management Corporation*

---

[1] August 22, 2008 is optimal for Plaintiff's counsel.

309148.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

LIONEL CHAPMAN

    Plaintiff,

v.

OMNI SHOREHAM CORPORATION
D/B/A OMNI SHOREHAM HOTEL,

OMNI HOTELS MANAGEMENT CORPORATION,

And

ROLAND B. SHEFFIELD,

    Defendants.

Civil No. 08-cv-1084-JR
Judge James Robertson

## ORDER

UPON CONSIDERATION of the Consent Motion for Continuance of the Initial Scheduling Conference, it is this _____ day of _____, 2008 by the United States District Court for the District of Columbia:

ORDERED that the Consent Motion for Continuance of the Oral Argument on Attorney's Fees BE and is HEREBY GRANTED and it is further

ORDERED that the Oral Argument on Attorney's Fees shall be continued to _____.

————————————————
Judge James Robertson
United States District Judge

309148.1